**Order entered June 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00315-CV

**YASEEN EDUCATIONAL SOCIETY, Appellant**

**V.**

**ISLAMIC ASSOCIATION OF ARABI, LTD, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11706**

## ORDER

Appellee's motion to extend the time for filing a brief is **GRANTED**. Appellee's brief,

received on May 13, 2013, is **ORDERED** filed as of the date of this order.


/s/     DAVID L. BRIDGES
PRESIDING JUSTICE